No. 77–6462. BEGLEY v. CARTER ET AL.; and

No. 77–6479. RICKS v. COLLINS, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 77–1131. IN RE VENDO CO. On February 10, 1978, petitioner filed for leave to file a petition for writ of mandamus and further prayed that a writ of mandamus issue to the United States District Court for the Northern District of Illinois directing the District Court to dissolve the preliminary injunction in *Lektro-Vend Corp.* v. *Vendo Co.* In *Vendo Co.* v. *Lektro-Vend Corp.*, 433 U. S. 623 (1977), this Court had held that the preliminary injunction violated the Anti-Injunction Act, 28 U. S. C. § 2283. The Court has now been advised of an order entered on April 6, 1978, dissolving the injunction in accordance with the judgment of this Court. Petitioner's motion is therefore dismissed as moot.

No. 77–1248. ILLINOIS STATE BOARD OF ELECTIONS v. SOCIALIST WORKERS PARTY ET AL. Appeal from C. A. 7th Cir. Probable jurisdiction noted.

No. 77–533. HISQUIERDO v. HISQUIERDO. Sup. Ct. Cal. Certiorari granted.

(See also No. 77–6365, *supra*.)

No. 77–880. LOWTHER ET AL. v. MARYLAND EMPLOYEES RETIREMENT SYSTEM ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–993. UNION OIL COMPANY OF CALIFORNIA v. ASHLAND OIL COMPANY OF CALIFORNIA ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 77–1039. FRANKLIN v. ATKINS ET AL. C. A. 10th Cir. Certiorari denied.